IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA JO MCLEAN ) | |
| ) | |
| v. ) | No. 3:14-01332 |
| ) | Senior Judge Wiseman |
| ) | |
| NANCY BERRYHILL,[1] ) | |
| acting Commissioner of the ) | |
| Social Security Administration ) | |

## ORDER

The referral of this case to the Magistrate Judge is revoked.

Pending before the court is the Plaintiff's Motion For Judgment On The Administrative Record (Docket No. 11). The Defendant has filed a Response (Docket No. 12) to the Motion, and the Plaintiff has filed a Reply (Docket No. 14). For the reasons set forth in the accompanying Memorandum, the Plaintiff's Motion is DENIED, and the decision of the Social Security Administration is AFFIRMED.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED.**

THOMAS A. WISEMAN, JR.
U.S. District Judge

---

[1] Nancy Berryhill became acting Commissioner for the Social Security Administration on January 23, 2017.